GAYLYNN KIRN CONANT, State Bar No 161247
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY
(Erroneously sued as California State University, Monterey Bay)

**E-filed 8/25/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORA D. ADLAWAN, ) | No. C-05-01734 JF |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| CALIFORNIA STATE UNIVERSITY, ) | |
| MONTEREY BAY ) | |
| ) | |
| Defendants. ) | |

As Defendant's Motion to Dismiss is scheduled for hearing on September 16, 2005 at 9:00 a.m., the parties hereby stipulate to reschedule the Case Management Conference which is currently on calendar for September 2, 2005 at 10:30 a.m. to a date after the Court rules on the pending motion which may result in a dismissal of the entire action.  Accordingly, the parties hereby request the Case Management Conference be rescheduled to September 23, 2005 at 10:30 a.m. and that the parties duties with respect to ADR (Stipulation Selecting ADR Process/ADR Certification/Proposed Order for Referral to ADR Process/Notice of Need for ADR Phone Conference/ADR Certification) be deferred until after the hearing on the pending motion to dismiss.

IT IS SO STIPULATED:

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

DATED: August 18, 2005

LOMBARDI, LOPER & CONANT, LLP

By: /s/ GayLynn Kirn Conant
GAYLYNN KIRN CONANT

DATED: August 18, 2005

LAW OFFICES OF DAVID S. SECREST,
A Professional Corporation

By: /s/ David S. Secrest
DAVID S. SECREST

# O R D E R

IT IS HEREBY ORDERED that pursuant to the above Stipulation the Case Management Conference is continued until September 23, 2005 at 10:30 a.m. . and that the parties duties with respect to ADR (Stipulation Selecting ADR Process/ADR Certification/Proposed Order for Referral to ADR Process/Notice of Need for ADR Phone Conference/ADR Certification) be deferred until September 22, 1995.

DATED:  August  25, 2005

/s/electronic signature authorized
HONORABLE JEREMY FOGEL

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

05700-34870 GKC 506297.1

- 2 -
Case No. C-05-01734 JF
STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE