Law Offices of David S. Secrest
A Professional Corporation
David S. Secrest, Esq. [State Bar #142299]
504 Plaza Alhambra, Suite 201
P. O. Box 1029
El Granada, CA 94018-1029
Tel: 650-726-7461
Fax: 650-726-7471
Attorney for Plaintiff Isadora D. Adlawan

**E-filed 9/15/05**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORA D. ADLAWAN,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE UNIVERSITY, MONTEREY BAY,<br><br>            Defendants. | CASE NO. **C-05-01734 JF**<br><br>STIPULATION OF DISMISSAL |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1).[1]

Dated: August 31, 2005

        Law Offices of David S. Secrest,
        A Professional Corporation

  By:    /s/ David S. Secrest
           David S. Secrest
           Attorney for Plaintiff
           Isadora Dolly Adlawan

//

---

[1] "An action may be dismissed at any time by 'filing a stipulation of dismissal signed by all parties who have appeared in the action." FRCP 41(a)(1)(ii); McCall-Bey v. Franzen (7th Cir. 1985) 777 F2d 1178, 1185.

-1-

*Isadora Adlawan v. California State University, Monterey Bay, U.S.D.C., No. Cal., No.* **C-05-01734 JF**
STIPULATION OF DISMISSAL

-2-

1 //

2 Dated: August 31, 2005

3                     Gaylynn Kirn Conant
                    Lombardi, Loper & Conant, LLP

5 By:    /s/ Gaylynn Kirn Conant
           Attorneys for Defendant
6            The Board of Trustees of the California State University
7            (Erroneously sued as California State University, Monterey Bay)

9 IT IS SO ORDERED:

10 /s/electronic signature authorized

11 Hon. Jeremy Fogel
    United States District Judge

12 Dated: 9/15/05

Law Offices of
David S. Secrest
El Granada, CA

-2-

*Isadora Adlawan v. California State University, Monterey Bay, U.S.D.C., No. Cal., No.* **C-05-01734 JF**
STIPULATION OF DISMISSAL